```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

NOVARTIS PHARMACEUTICALS
CORPORATION,

        **Plaintiff,**

v.                                        CIVIL ACTION NO. 1:19CV128
                                                     (Judge Keeley)

MYLAN PHARMACEUTICALS INC.,

        **Defendant.**

**ORDER GRANTING JOINT MOTION FOR LEAVE TO
FILE STIPULATION UNDER SEAL [DKT. NO. 22]**

        On July 9, 2019, the parties moved for leave to file a Stipulation and Proposed Order Staying Claims Against Mylan ("Stipulation") under seal (Dkt. No. 22). In support, the parties state that the Stipulation contains confidential information relating to their settlement discussions. <u>Id.</u> Finding good cause, the Court **GRANTS** the motion (Dkt. No. 22) and **DIRECTS** the Clerk to file the Stipulation (Dkt. No. 22-1) under seal.

        It is so **ORDERED.**

        The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: July 10, 2019

                                                  /s/ Irene M. Keeley
                                                  IRENE M. KEELEY
                                                  UNITED STATES DISTRICT JUDGE